Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Jane N. Roessler, | No. CV14-1943-PHX-JWS |
| Plaintiff, | |
| v. | **NOTICE OF PENDING SETTLEMENT** |
| Cavalry SPV I, LLC, *et al.*, | |
| Defendants. | |

Plaintiff, by and through counsel, hereby gives notice that all parties have reached a settlement of this action. Upon execution of the settlement documents, the parties will file the appropriate dismissal documents with the court.

/ / /

/ / /

RESPECTFULLY SUBMITTED: __November 12, 2014__ .

      __s/ Floyd W. Bybee__
      Floyd W. Bybee, #012651
      **BYBEE LAW CENTER, PLC**
      90 S. Kyrene Rd., Ste. 5
      Chandler, AZ 85226-4687
      Office: (480) 756-8822
      Fax: (480) 302-4186
      floyd@bybeelaw.com

      Attorney for Plaintiff

## CERTIFICATE OF SERVICE

  The undersigned certifies that on __November 12, 2014__, a copy of this document was electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

  Jeffrey A. Topor (CA SBN 192245)
  (Pro Hac Vice)
  **SIMMONS & NARITA, LLP**
  44 Montgomery Street, Ste 3010
  San Francisco, CA 94104-4816
  lmayilyan@snllp.com

  Attorney for Defendants

by __s/ Floyd W. Bybee__